# EXHIBIT A

**Defendant:** Vitamin Shoppe Industries
**Creditor ID:** VS001
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Vitamin Shoppe Industries | 0113294-PY | $25,710.86 | 8/26/2024 | 0113294-IN | 7/26/2024 | $25,710.86 |
| | 0113304-PY | $3,644.87 | 9/4/2024 | 0113304-IN | 7/29/2024 | $3,644.87 |
| | 0113305-PY | $59,103.55 | 9/4/2024 | 0113305-IN | 7/29/2024 | $59,103.55 |
| | 0113312-PY | $37,359.21 | 9/4/2024 | 0113312-IN | 7/29/2024 | $37,359.21 |
| | 0113377-PY | $2,388.48 | 9/4/2024 | 0113377-IN | 7/31/2024 | $2,388.48 |
| | 0113489-PY | $114,352.72 | 9/13/2024 | 0113489-IN | 8/13/2024 | $114,352.72 |
| | 0113726-PY | $19,922.50 | 9/26/2024 | 0113726-IN | 8/30/2024 | $19,922.50 |
| | 0113723-PY | $47,576.30 | 9/26/2024 | 0113723-IN | 8/30/2024 | $47,576.30 |
| | 0113618-PY | $2,108.43 | 9/26/2024 | 0113618-IN | 8/27/2024 | $2,108.43 |
| | 0113674-PY | $2,567.78 | 9/26/2024 | 0113674-IN | 8/30/2024 | $2,567.78 |
| **Total Transfers** | **10** | **$314,734.70** | | | | **$314,734.70** |